UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: 2:08-cv-00458-GLL

| | |
|---|---|
| ANTHONY ESPOSITO<br><br>Plaintiff,<br>v.<br><br>TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, HOUSEHOLD BANK, a/k/a, HOUSEHOLD CREDIT SERVICES a/k/a HSBC NV, and GE MONEY BANK d/b/a GEMB/LOWES<br><br>Defendants. | **ORDER OF COURT**<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

AND NOW, this 3rd day of December, 2008, upon consideration of Plaintiff's Motion to Vacate Default, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED and the Clerk's Entry of Default (Docket #28) entered on October 15, 2008, is hereby VACATED.

_____
The Honorable Gary L. Lancaster