UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| ANTHONY ESPOSITO,<br>Plaintiff, | CASE NO. 2:08-cv-00458-GLL<br>ELECTRONICALLY FILED |
| vs. | Judge Gary L. Lancaster |
| TRANS UNION, L.L.C.;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>EQUIFAX INFORMATION SERVICES L.L.C.;<br>HOUSEHOLD BANK, a/k/a HOUSEHOLD CREDIT<br>SERVICES, a/k/a HSBC NV; and GE MONEY BANK,<br>a/k/a GEMB/LOWES;<br>Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Anthony Esposito, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Anthony Esposito against Defendant Trans Union, LLC only are dismissed, with prejudice. Plaintiff Anthony Esposito and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 2/23/09

JUDGE, United States District Court,
Western District of Pennsylvania