IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY ESPOSITO, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08-00458 GLL |
| ) | |
| v. ) | |
| ) | |
| TRANS UNION LLC, EXPERIAN ) | |
| INFORMATION SOLUTIONS INC., ) | |
| EQUIFAX INFORMATION SERVICES LLC, ) | |
| HOUSEHOLD BANK, a/k/a HOUSEHOLD ) | |
| CREDIT SERVICES a/k/a HSBC NV, GE MONEY) | |
| BANK d/b/a/ GEMB/LOWES, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff, ANTHONY ESPOSITO, against Defendant EQUIFAX INFORMATION SERVICES LLC, be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear its own costs.

This 26th day of Feb, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE