## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Anthony Esposito )<br><br>            Plaintiff, )<br><br>   vs. )<br><br>GE Money Bank, et al )<br><br>            Defendants. ) | Case No.: 08-458-GLL<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the instant

action be and is hereby dismissed with prejudice as to GE Money Bank improperly identified as

GE Money Bank a/k/a GEMB/Lowes and for each party to pay their own costs and attorneys'

fees.

March 25, 2009

Respectfully Submitted,

By: /s/Jeffrey L. Suher
     Jeffrey L. Suher, Esquire
     4328 Old William Penn Highway
     Suite 2J
     Monroeville, PA 15146
     412-374-9005
     412-374-0799 (fax)
     lawfirm@jeffcanhelp.com
     Counsel for Plaintiff

SO ORDERED, this 26th day of
March, 2009.

Gary L. Lancaster, U.S. District Judge

By: /s/Robert J. Monahan
     Robert J. Monahan
     Pietragallo Gordon Alfano Bosick & Raspanti
     38th Floor One Oxford Centre
     Pittsburgh, PA 15219
     (412) 263-2000
     Counsel for GE Money Bank