IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| Anthony Esposito | ) |
|---|---|
| Plaintiff, | ) Case No: 2:08-cv-458-GLL |
| vs. | ) |
| Experian Information Solutions, Inc., et al | ) **STIPULATION OF DISMISSAL** |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

April 10, 2009
Respectfully Submitted,

By: /s/Jeffrey L. Suher
Jeffrey L. Suher, Esquire
4328 Old William Penn Highway
Suite 2J
Monroeville, PA 15146
412-374-9005
412-374-0799 (fax)
lawfirm@jeffcanhelp.com
Counsel for Plaintiff

SO ORDERED, this 13th day of April, 2009.

_/s/ Gary L. Lancaster_
Hon. Gary L. Lancaster, U.S. District Judge

By: /s/Amanda J. Miller
Amanda J. Miller, Esquire
Jones Day
500 Grant Street, Ste 4500
Pittsburgh, PA 15219
(412) 394-7292
ajmiller@JonesDay.com
Counsel for Defendant

1