# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY ESPOSITO,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC , HOUSEHOLD BANK A/K/A HSBC NV, A/K/A HOUSEHOLD CREDIT SERVICES, & GE MONEY BANK,<br><br>Defendant. | Hon. Gary L. Lancaster<br>Civil Action No.: 08-00458 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiff Anthony Esposito and Defendant, HOUSEHOLD BANK A/K/A HSBC NV, A/K/A HOUSEHOLD CREDIT SERVICES ("HSBC"), by and through their respective counsel of record, that any and all claims of the Plaintiff against Defendant, HSBC, are hereby dismissed with prejudice. The parties further stipulate that the effect of this Stipulation will be to dismiss the entire action against HSBC with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against HSBC with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

Respectfully submitted,

By: /s/ *Jeffrey L. Suher*
Jeffrey L. Suher, Esq.
4328 Old Wm. Penn Hwy., Ste. 2J
Monroeville, PA 15146
*Attorney for Plaintiff*

/s/ *Joann Needleman*

Joann Needleman, Esq
935 One Penn Center
1617 John F. Kennedy Blvd
Philadelphia, PA 19103
*Attorney for Defendant, HSBC*

Dated: April 19, 2008

SO ORDERED, this 24th day of April, 2009.

Hon. Gary L. Lancaster, U.S. District Judge